UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOROMI RADEL WASHINGTON,

    Plaintiff,

    v.

SANTA CLARA COUNTY, et al.,

    Defendants.

Case No. 15-cv-01931-JST (PR)

**ORDER OF DISMISSAL**

On April 29, 2015, plaintiff, an inmate currently at La Palma Correctional Center in Eloy, Arizona, filed this pro se civil rights action under 42 U.S.C. § 1983.  On August 31, 2015, the Court reviewed the complaint and dismissed it with leave to amend to cure several specific deficiencies.  On September 21, 2015, plaintiff filed a response to the Court's order of dismissal with leave to amend.  The Court construes the response as an amended complaint.

The amended complaint fails to cure the deficiencies identified in the Court's order of dismissal with leave to amend.  Most significantly, plaintiff challenges events surrounding his state court criminal conviction but fails to demonstrate that the conviction has been invalidated, as required by Heck v. Humphrey, 512 U.S. 477 (1994).  The amended complaint contains many conclusions but no additional facts to allege the essential elements of a Section 1983 claim.

Accordingly, this case is DISMISSED because the amended complaint fails to state a cognizable claim for relief.  Further leave to amend will not be granted because the Court already has explained to plaintiff the specific deficiencies in his pleading, and he has been unable or unwilling to correct them.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: December 16, 2015

_____
JON S. TIGAR
United States District Judge